IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| SREEKAR TUMMALA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. 1:25-CV-00140 |
| APEX-AID, a business association, | § | JUDGE MICHAEL J. TRUNCALE |
| HORST MAC, an individual, | § | |
| CXISUX, a business association, | § | |
| DAVID CHILVER, an individual, | § | |
| and JOHN DOES 1 - 20, | § | |
| | § | |
| *Defendants.* | § | |

## ACKNOWLEDGEMENT OF NOTICE OF VOLUNTARY DISMISSAL

The Court has received Plaintiff's Notice of Voluntary Dismissal [Dkt. 3] filed in the above-styled matter. Plaintiff advises the Court that he wishes to voluntarily dismiss without prejudice his claims against Defendants in this matter.

Accordingly, the Court acknowledges that Plaintiff's claims against Defendants are hereby **DISMISSED WITHOUT PREJUDICE**.

It is **ORDERED** that the Parties shall bear their own attorney's fees and costs, that all Court dates and deadlines are hereby **VACATED**, and that all pending motions filed in this matter are **DENIED AS MOOT**.

The Clerk is **INSTRUCTED** to close this case.

**SIGNED this 31st day of July, 2025.**

*Michael J. Truncale*
Michael J. Truncale
United States District Judge